UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Rodney Black (P)
Brian Bennett et al (D)

case no. 15-1311-SMY

## Motion to Strike THIRD Amended Claim and Go Back to Second Amended Claim

The Plaintiff Rodney Black moves to ask the court to go back to the second amended complaint with the same discoverable material, the Plaintiff's previous counsel the McCann's amended the complaint without plaintiffs knowledge and then withdrew from the case. The Plaintiff prays that the court goes back to the (2nd) second amended case.

Rodney Black

Rodney Black 3:15-cv-01311-JPG
B86195
P.O. Box 1000
Menard, IL 62259

Correspondence from IDOC Inmate
-LEGAL MAIL-

Legal Mail

Clerk of the Court
United States District Court
750 Missouri Ave.
East St. Louis, IL 62201

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RECEIVED

MAR 09 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

© USPS 2013